IN RE A.R.R.

**[Cite as *In re A.R.R.,* 130 Ohio St.3d 261, 2011-Ohio-5346.]**

*Cause remanded for application of* State v. Williams.

(No. 2011-1027—Submitted September 20, 2011—Decided October 20, 2011.)

APPEAL from the Court of Appeals for Ross County, No. 10CA3159,

2011-Ohio-1186.

_____

**{¶ 1}** The discretionary appeal is accepted.

**{¶ 2}** The cause is remanded for application of *State v. Williams*, 129 Ohio St.3d 344, 2011-Ohio-3374, 952 N.E.2d 1108.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

O'DONNELL, J., dissents.

_____

Michael M. Ater, Ross County Prosecuting Attorney, and Robert C. Hess, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Amanda J. Powell, Assistant Public Defender, for appellant.

_____